IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ORLANDO ROSALES,

                                                        ORDER

        Petitioner,

                                                  16-cv-815-bbc
                                                  14-cr-114-bbc

    v.

UNITED STATES OF AMERICA,

        Respondent.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Petitioner Orlando Rosales has moved to seal and keep from publication the motion he filed for post conviction relief together with his memorandum in support of the motion. Because the general rule is that court filings are public records and nothing in the memorandum discloses anything that appears to be incriminating, the motion is DENIED.

      Entered this 26th day of April, 2017.

                                    BY THE COURT:

                                    /s/
                                    _____
                                    BARBARA B. CRABB
                                    District Judge