IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| ORLANDO ROSALES, | | |
| Petitioner, | | Civ. No. 16-cv-815-bbc |
| v. | | |
| UNITED STATES OF AMERICA, | | Crim. No. 14-cr-114-bbc |
| Respondent. | | |

## NOTICE OF APPEAL

Notice is hereby given that ORLANDO ROSALES, the Petitioner, Pro Se, is Appealing the decision in the above action to the Seventh Circuit Court of Appeals. The decision and final judgment was entered for record on the 16th day of May, 2017.

Respectfully submitted,

Orlando X. Rosales

⇔08904-090⇔
Orlando Rosales
0 Federal Correctinalinstitution
P.O. Box 5000
Pekin, IL 61555
United States

PEORIA IL 616

30 MAY 2017 PM 2 L



RECEIVED
MAY 30 2017
FCI PEKIN
MAIL ROOM

Legal
Mail

⇔08904-090⇔
H Judge B Crabb
120 N Henry ST
Madison, WI 53703-0548
United States

Mail Room
Federal Correctional Institution
P. O. Box 7000
Pekin, IL 61555-7000

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.